# U.S. Patent No. 6,362,822

# Tiger Engine

## Activision
## Exhibit 5

U.S. Patent No. 6,362,822 – Activision – Tiger Engine

Claim 1

| Claim 1 | Tiger Engine |
|---|---|
| [1.1] A shadow rendering method for use in a computer system, the method comprising the steps of: | The Tiger Engine ("Tiger") (also called the "Destiny Engine") is a cross-platform video game engine developed by Bungie, Inc. and used in video games published by Activision. Tiger utilizes rendering methods such as deferred shading/lighting and cascaded shadow maps for example, as shown below:  http://advances.realtimerendering.com/s2013/Tatarchuk-Destiny-SIGGRAPH2013.pdf |
| [1.2] providing observer data of a simulated multi-dimensional scene; | Activision performs the step of "providing observer data of a simulated multi-dimensional scene." |

| Claim 1 | Tiger Engine |
|---|---|
|  | The '822 specification teaches that, in one embodiment, observer data may include "observed color data and observed depth data associated with a plurality of modeled polygons within the scene as rendered from an observer's perspective." Col. 3:38-41.<br><br>Observed color data includes, for example, "an observed red-green-blue value for the pixel(s)," and observed depth data includes, for example, "an observed z-buffer value for the pixel(s)." Col. 3:43-46.<br><br>In the context of 3D graphics, a "camera" observes one or more objects in a simulated world. The camera captures a particular viewpoint of the world, observing specific data associated with the objects as seen from the camera's point-of-view.<br><br>Tiger's deferred shading technique uses a geometry buffer (GBuffer) that stores material and object attributes as shown, for example, below: |

| Claim 1 | Tiger Engine |
|---|---|
|  | <br>http://advances.realtimerendering.com/s2013/Tatarchuk-Destiny-SIGGRAPH2013.pdf |

| Claim 1 | Tiger Engine |
|---|---|
| |  http://advances.realtimerendering.com/s2013/Tatarchuk-Destiny-SIGGRAPH2013.pdf <br><br> The geometry buffers ("GBuffer") contain "observer data" described in the spec of the '822 Patent such as "rgb" or red, blue, and green values for the given rendered scene (i.e. "Albedo Color RGB" as illustrated above), including further details such as the shape and surface material of objects rendered in the scene. For example, as illustrated above, the GBuffer can contain observed color data such as the rednered objects, color, shape, and material characteristics i.e. how rough or "shiny" an object may appear based on the material it is "made" from. Thus, Tiger provides observed color data. Also, as shown above the Tiger GBuffer includes depth data. |

| Claim 1 | Tiger Engine |
|---|---|
| [1.3] providing lighting data associated with a plurality of simulated light sources arranged to illuminate said scene, said lighting data including light image data; | Activision performs the step of "providing lighting data associated with a plurality of simulated light sources arranged to illuminate said scene, said lighting data including light image data."<br><br>"Light image **51C** includes RGB pixel data values for the light emitted, for X by Y number of pixels. For example, the data in light image **51C** can represent the intensity, color, and/or pattern of light emitted by light source #1." Col. 7:15-19.<br><br>On information and belief, Tiger provides "lighting data… including light image data" such as, for example, when Tiger "render[s] light geometry" as shown below: |

U.S. Patent No. 6,362,822 – Activision – Tiger Engine

| Claim 1 | Tiger Engine |
|---|---|
| |  |
| [1.4] for each of said plurality of light sources, comparing at least a portion of said observer data with at | On information and belief, "for each of said plurality of light sources," Activision performs the step of "comparing at least a portion of said observer data with at least a portion of said lighting data to determine if a modeled point within said scene is illuminated by said light source and |

| Claim 1 | Tiger Engine |
|---|---|
| least a portion of said lighting data to determine if a modeled point within said scene is illuminated by said light source and storing at least a portion of said light image data associated with said point and said light source in a light accumulation buffer; and then | storing at least a portion of said light image data associated with said point and said light source in a light accumulation buffer."<br><br>Upon information and belief, Tiger iterates through each light source to determine whether a modeled point is illuminated by, for example, intersecting light sources with portions of the screen to be rendered. This intersection process involves comparing the observed depth data with the lighting depth data. As shown below, for example, the Tiger "calculate[s] light by rendering light geometry, and accumulating into diffuse and specular light accumulation buffers."  As shown below, "depth" is specifically listed as one of the "parameters needed for lighting," further confirming that Tiger utilizes a depth test to determine which points within a scene are illuminated.  Plaintiffs expect that analysis of the Tiger source code will confirm this functionality. |

| Claim 1 | Tiger Engine |
|---|---|
|  |  |

| Claim 1 | Tiger Engine |
|---|---|
| [1.5] combining at least a portion of said light accumulation buffer with said observer data; and | Activision performs the step of "combining at least a portion of said light accumulation buffer with said observer data." <br><br> As shown below, for example, Tiger combines the accumulated diffuse light with the observed diffuse color: <br><br> ![Diffuse Light Accum * Diffuse Color = Shading Diffuse Lighting] <br><br> http://advances.realtimerendering.com/s2013/Tatarchuk-Destiny-SIGGRAPH2013.pdf <br><br> Furthermore, as shown below, for example, Tiger combines the accumulated specular light with observed specular color: |

| Claim 1 | Tiger Engine |
|---|---|
|  | <br>http://advances.realtimerendering.com/s2013/Tatarchuk-Destiny-SIGGRAPH2013.pdf<br><br>As shown below, for example, Tiger adds the diffuse and specular lighting to produce the "Lit Result": |

| Claim 1 | Tiger Engine |
|---|---|
| | <br>And the finally the diffuse and specular lighting are added to get the final result.<br><br>http://advances.realtimerendering.com/s2013/Tatarchuk-Destiny-SIGGRAPH2013.pdf<br><br>Because of the distributive property of multiplication over addition, for example, (2+2+2)*4 = ((2*4)+(2*4)+(2*4)) = 24. Therefore, accumulating the combined diffuse light and diffuse color and the combined specular light and specular color yields the same result as accumulating the diffuse light and specular light and then combining with the diffuse color and specular color. |
| [1.6] displaying resulting image data to a computer screen. | On information and belief, Activision performs the step of "displaying resulting image data to a computer screen," such as, for example, when testing video games running the Tiger Engine such as Destiny and Destiny 2. |

| Claim 1 | Tiger Engine |
|---|---|
|  | As shown above, for example, Tiger displays resulting image data (i.e. the "Lit Result") to a computer screen. |