**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| INFERNAL TECHNOLOGY LLC, and<br>TERMINAL REALITY, INC.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ACTIVISION BLIZZARD INC.,<br><br>*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>Civil Action No. 3:18-cv-1397-M<br><br>JURY TRIAL DEMANDED |

**DEFENDANT ACTIVISION BLIZZARD INC.'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE
RESPOND TO PLAINTIFFS' COMPLAINT**

Defendant Activision Blizzard Inc. ("Activision") hereby moves the Court to extend the time within which Activision is required to move, answer or otherwise respond to Plaintiffs Internal Technology LLC and Terminal Reality, Inc.'s ("Infernal-TR") Complaint. Activision and Infernal-TR are in communication, and the parties have agreed that Activision shall have, with the Court's permission, an additional thirty (30) day extension up to and including August 22, 2018. The reason for the requested extension is to allow counsel for Activision additional time to investigate the allegations set for in Infernal-TR's Complaint, consult with their client, and consider an appropriate response.

Activision respectfully submits that good cause exists for the requested extension. Plaintiffs are not opposed to the relief sought in this motion.

Date:  July 18, 2018                                       Respectfully submitted,

                                                           */s/ Melissa R. Smith*
                                                           Melissa R. Smith
                                                           Texas State Bar No. 24001351
                                                           GILLAM & SMITH, L.L.P.
                                                           102 N. College, Suite 800
                                                           Tyler, Texas 75702
                                                           Telephone:  (903) 934-8450
                                                           Facsimile:  (903) 934-9257
                                                           melissa@gillamsmithlaw.com

                                                           ***Counsel for Defendant***
                                                           ***Activision Blizzard Inc.***

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that she conferred with Plaintiffs' counsel, and that Plaintiffs' counsel does not oppose Defendant's motion for extension.

                                                           */s/ Melissa R. Smith*
                                                           Melissa R. Smith

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 18th day of July, 2018.  Any other counsel of record will be served by facsimile transmission and first class mail.

                                                           */s/ Melissa R. Smith*
                                                           Melissa R. Smith
.